**Joel LOPEZ–FERNANDEZ,**
Petitioner–Appellant

v.

**John B. FOX, Warden, Respondent–Appellee.**

No. 08–40086.
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Oct. 21, 2008.

Joel Lopez–Fernandez, Beaumont, TX, pro se.

Before KING, BARKSDALE, and OWEN, Circuit Judges.

PER CURIAM: *

Joel Lopez–Fernandez (Lopez), federal prisoner # 06964–030, appeals the denial of his 28 U.S.C. § 2241 petition challenging his methamphetamine and firearms convictions. The district court determined that Lopez's claims collaterally attacked his conviction and, as such, he was precluded from proceeding via § 2241 because he had failed to show the 28 U.S.C. § 2255 remedy inadequate. *See Reyes–Requena v. United States*, 243 F.3d 893, 904 (5th Cir.2001). Lopez has failed to assign error to or address that determination and has therefore waived its review. *See Yohey v.*

*Collins*, 985 F.2d 222, 224–25 (5th Cir. 1993).

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.